

DUNNING RIE[...]

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/27/2020
```

August 19, 2020

**VIA ECF & EMAIL TO: Torres_NYSDChambers@nysd.uscourts.gov**

Hon. Analisa Torres
U.S. District Judge
U.S. District Court for the
  Southern District of New York
The Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Courtroom 15D
New York, NY 10007-1312

   Re: Continental Industries Group, Inc. v. Mehmet Altunkiliç,
     Case No. 14-cv-00790 (AT) (JLC)

Dear Judge Torres:

  This firm was retained by defendant Mehmet Altunkiliç in the above action on July 10, 2020. The defendant had been acting *pro se* for several years but defaulted in 2016. Since his default, much has taken place, but the defendant's position has not been heard. On his behalf we filed Objections to the Report and Recommendation of Magistrate Judge James L. Cott. (Dkt. No. 89). Plaintiff has responded.

  We respectfully request oral argument in this matter. There are several aspects of the plaintiff's response which require to be addressed and oral argument, it is submitted, is the most efficient method for doing so. This is the first application of this kind made by this firm on the defendant's behalf. I remain,

                Respectfully,

                Brian C. Dunning

DENIED. The Court has determined that oral argument will not be necessary.

SO ORDERED.

Dated: August 27, 2020
   New York, New York

ANALISA TORRES
United States District Judge